(February 21, 1985)

■ SURESHAN PATHER et al., Infants, by Their Mother and Natural Guardian, SIAMALDEVI PATHER, et al., Respondents, v GOPALAKRISTHNAN PATHER, Defendant, and NATIONAL CAR RENTAL SYSTEM, INC., Appellant. — Order, Supreme Court, New York County (Kenneth Shorter, J.), entered on July 18, 1983, unanimously affirmed. In affirming, we do not pass upon the choice of law question. Respondents shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur — Sullivan, J. P., Carro, Asch and Fein, JJ.

■ HARRY LEWIS, Appellant, v STEPHEN L. BROWN et al., Respondents. — Order and judgment, Supreme Court, New York County (Alvin Klein, J.), entered, respectively, on July 17, 1984 and August 1, 1984, unanimously affirmed for the reasons stated by Klein, J. Respondents shall recover of appellant one bill of $75 costs and disbursements of these appeals. Concur — Sullivan, J. P., Carro, Asch and Fein, JJ.

■ BANK AUDI (USA), Respondent, v HERBERT SCHARER, Appellant and Third-Party Plaintiff-Appellant. JAMES COURI, Third-Party Defendant-Respondent. — Order, Supreme Court, New York County (Alfred Ascione, J.), entered on June 26, 1984, unanimously affirmed for the reasons stated by Ascione, J., at Special Term. Plaintiff-respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sullivan, J. P., Carro, Asch and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ROBBINS, Appellant. — Judgment, Supreme Court, Bronx County (Fred Eggert, J.), rendered on January 11, 1984, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Carro, Asch and Fein, JJ.